UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
FARZANEH MOTAHARI, et al.,
                Plaintiffs,

-against-

ANTHONY BLINKEN, et al.,

                Defendants.
------------------------------------------------------------X

23 Civ. 7608 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS on September 8, 2023, the Petition for a Writ of Mandamus was filed. It is hereby

**ORDERED** that the Government shall, by **November 3, 2023**, file a memorandum in opposition to the request for a writ of mandamus. The memorandum shall not exceed fifteen pages. Plaintiff shall, by **November 17, 2023**, file a reply memorandum that shall not exceed ten pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules.

Dated: October 2, 2023
       New York, New York

                                          LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE