**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
FARZANEH MOTAHARI, et al.,

                      Plaintiffs,

      -against-                                                 23 **CIVIL** 7608 (LGS)

                                                                          **JUDGMENT**

ANTHONY BLINKEN, et al.,

                    Defendants.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 26, 2024, Defendants' motion to dismiss is **GRANTED**. Plaintiffs' request for oral argument is **DENIED** as moot; accordingly, the case is closed.

**Dated:** New York, New York
        June 27, 2024

                                                                           **DANIEL ORTIZ**
                                                                      **Acting Clerk of Court**

                                            **BY:**    *K. Mango*

                                                                         **Deputy Clerk**